# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Original

ORLANDO BAEZ,
APPELLANT,

Vs.

ANTHONY MICHAEL LETIZIO, MD;
STEPHEN KAMINSKY, PA;
BRITTANY HUNER, CHCA;
MONICA SAVAGE, RNS;
JOHN & JANE DOE(S) ET AL;
IN SIMILARLY SITUATED;
APPELLEES.

CASE NO#. 26-2526

CIVIL ACTION

DISTRICT COURT
CASE NO#. 23-1827

RECEIVED
JUL 29 2026
U.S.C.A. 3rd CIRCUIT

**ARGUMENT IN SUPPORT**

This Civil Rights Action, brought by Orlando Baez, alleges he attends a prescribed & recommended Lupus Treatment, by a Qualified Expert Dr. Steven Berney, MD; Rheumatologist Specialist, at Temple Hospital Medical Lupus Center, since 2018 religiously every (90) days. On Dec. 6, 2021; Defendants Letizio & Kaminsky, summons Mr. Baez, to an allege sick call consult, under false pretense, to retaliate against Mr. Baez, for verbal medical complaints against medical providers, failure to conduct a sick call consultation that morning. Defendants Letizio & Kaminsky, entered the triage extremely up-set, verbally abusive, making "threats", to (stop) providing Mr. Baez, anymore Lupus Treatments, medications, medical care, & charge illegally medical co-pay fees, for the same ongoing chronic complaints. Defendants called Baez, "just a complainer who enjoy filing grievances". How Defendants told Baez; "he will no longer receive medical care for his ongoing complaints and "there is nothing else " they will do for him, and his chronic illnesses were not chronic issues. And how (Letizio) "will contact Dr. Berney, demanding to stop treating Baez, for his other chronic symptoms, just his lupus". Defendants also said; "I will take over your medical complaints & medical conditions, & what I say goes, whether you like it or not, that's final". See, (Plaint. Append-Dkt-170; Exbit-1; Grievance #985206). On Dec. 28, 2021; a few days thereafter, Defendant Letizio, "personally ordered Baez, to bring all his Special Medical Items to the Triage". A Nurse (Roc), informed Baez, that (He) was ordered to confiscate Baez's medical items, & wheelchair. Defendant Letizio, entered the triage extremely up-set, angry, agitated at Baez for complaining, about his items being confiscated in retaliation, for the grievance Baez filed on Dec. 8, 2021. Defendant Letizio, began his ongoing verbal assualts, & threats to "Personally Stop" Mr. Baez's lupus treatment". How Letizio is going to contact Dr. Berney, to

"Stop" from providing anymore treatment, and promised to take over Baez's medical complaints. Letizio, confiscated Baez's knee brace & knee sleeve, also threatened to take away the wheelchair, but did not. While Baez was leaving, Baez said I'll see you in court. See, (Plaint. Appendx-Dkt-170; Exhbt-3, Grievance #961577); See Stephen Rex Edmiston (ID# BC-7886) Affidavt, (Exhbt-4), Mr. Baez, sustained several hard falls, since the confiscation of his medical items, four falls. On Jan. 4, 2022; Mr. Baez, was allegedly scheduled for an audiology consultation. However; Defendant Letizio & Medical Dep't, had other plans for Baez. Baez was told by security, Baez was ordered to **"Leave your wheelchair behind, Transport in a mini van & walk when he arrives at Temple"**. Mr. Baez, declined the order & denied his audiolog consult, in violation of Baez's first, eighth, fourteenth amendment rights, & The Americans With Disabilities Act (ADA) under §241 & §242 Violations. Baez was then taken to the triage, where Nurse (Ed), informed Baez, Dr. Letizio, **stripped you of your wheelchair van transportation prescribed/recommended Order, on Dec. 28th, the same day Letizio confiscated your medical items, & plans to take your wheelchair next"**. See, (Plaint. Appendx-Dkt-170; Exbt-5, Grievance #963405); (Plaint. Append-Dkt-170; Exbt-6), Herbert Blakeney, (ID# FB-5713) Affidavit & Witness. On Jan. 19, 2022; Defendants collectively, **made good on their threats**. On Dec. 6, 2021 & again Dec. 28, 2021, to **Stop** Baez's once prescribed & recommended (90) day follow up scheduled Lupus Treatment Appointments, at Temple. This was retaliation for engaging in his U.S. Constitutionally Protected Conduct, Activity, Rights, Freedom of Speech, expressions, associations, in violation of Estelle V. Gamble, 429 U.S. 97, 104-106 (1976). On Mar. 21, 2022; Mr. Baez, was asked by his former attorney, "how did it go at your treatment Jan. 19, 2022". Mr. Baez, respond saying; "I was never taken & I (Baez) did not know about the date, of my appointment". See, (Plaint. Appendx-Dkt-170; Exhbt-12, Grievance #972661). **"The Defendants all Agreed in a CODE TO SILENCE FOR FIVE AN A HALF YEARS, NO ONE TOLD BAEZ ANYTHING ABOUT TERMINATING HIS TREATMENT"**. On Mar. 31, 2022; Appellant, in good faith, filed a grievance against, All the Defendants, for **refusing** to "explain" to Baez, why he is denied his once prescribed & recommended follow-up (90) day lupus treatment for Jan. 19, 2022 & Apr. 19, 2022; & July 19, 2022. See (Plaint. Appendx-Dkt-170; Exbt- 13, Grievance #974014). (No one gave Baez any answers); also see, (Plaint. Appendx-Dkt-170; Exbt-19, Grievance #982626). On Jun. 13, 2022; Baez was so "distort" that, he was emotional distress, suffering of excruciating & agonizing chronic pains all over. Baez, submit a DC-135A Request Slip, to Mrs. Fernadez, DOC (Psych), seeking her help/intervention. See, (Plaint. Appendx-Dkt-170; Exbt-21). On Jun, 22, 2022; Baez, submit a DC-135A Request Slip,to Defendant Letizio, demanding answers **WHY** he is being deliberately denied his prescribed &

recommended follow up lupus treatment twist Jan 2022 & Apr 2022". (no reply). See, (Plaint. Appendx-Dkt-170; Exbt-23). On Jul. 5, 2022; Appellant, was forced to file in good faith, grievance against Defendant Letizio, for refusing to respond to Baez's request slip (Exhbt-23). See, (Plaint. Appendx-Dkt-170; Exbt-26, Grievance #988227). On July 7, 2022; Appellant Baez, in good faith, filed a grievance against Defendants collectively, for deliberately denying Baez, prescribed & recommended July 2022 Baez's (3rd) appointments, in retaliation as a direct results of Baez's lawsuit, grievances, request forms, verbal complaints, sick call slips, first amendment rights. See, (Plaint. Appendx-Dkt-170; Exbt-27, Grievance #988381). On Aug. 5, 2022; Baez, in good faith, submit a DC-135A Request Slip, to Defendant Huner, regarding the Termination of his prescribed & recommended lupus treatment. See, (Plaint. Appendx-Dkt-170; Exbt-31, 35). On Sept. 9, 2022; Baez, in good faith, filed a grievance against Defendant Huner, for deliberately denying his lupus treatment. (no reply) See, (Plaint. Appendx-Dkt-170; Exbt-39, Grievance #996660). On Sept. 13, 2022; Baez, in good faith, filed a grievance for deliberately delays to his follow up Wills Eye Center appointment 6 to 8 weeks after his last consult on May 2, 2022. See, (Plaint. Appendx-Dkt-170; Exbt-40, Grievance #997454). On Oct. 4, 2022; Baez, in goof faith, filed a grievance for the ongoing total denial & delays of his lupus treatment; Eye Consults; Pain Medications; Audiology Consults denied; Abuse against a prisoner by staffs hotline complaint office. See, (Plaint. Appendx-Dkt-170; Exbt-41, Grievance #1000804). On Oct. 14, 2022; Appellant, in good faith, filed a grievance against all Defendants, in regards to their ongoing deliberate indifference & total denial of Baez's Wheelchair Van Transportation Order, to see Dr. Tan Sen. See, (Plaint. Appendx-Dkt-170; Exbt-43, Grievance #1002240). Appellant Baez, also noticed that, Judge Pappert, deliberately treated Appellant Baez's evidence & witnesses Affidavit(s) as "trash" and "disposed" of the Affidavit of Mr. Stephen Rex Edmiston (ID# BC-7886) and eye witness of incident of Dec. 28, 2021, when Defendant Letizio confiscated Baez's medical items, verbal threats. Then there's Mr. Herbert Blakeney, (ID# FB-5713) Affidavit & Eye Witness, to the incident of Jan. 4, 2022, denial wheelchair van, wheelchair van prescription & recommended transportation ORDER, forced to leave wheelchair behind and forced to walk, Ordered by Defendant Letizio, in retaliation for all the above. Judge Pappert, denied Baez access to execute his rights to a "full discovery disclosures", to the very elements, claims, evidence, material facts, leading to the conspiracy of the meeting of the minds. Then deny, access to (WELLPATH MEDICAL CONTRACT AGREEMENT TO PROVIDE SERVICES TO PRISONERS FOR DOC). This Contract between Wellpath, DOC & Temple Lupus Center, will reveal a conspiracy to secretly terminate Baez's treatment plans, scheduled for Jan. 19, 2022.

The (Dates) when Baez's treatment was terminated, will establish Baez's genuine issue of a material fact in dispute, conspiracy, retaliation, for engaging in his U.S. Constitutionally Protected Conduct/First Amendment Freedom of Speech Rights. A copy of the Medical Contract "Are still missing & hidden by Defendant(s). Documents which proves, who, why, when Defendants conspired in the meeting of the minds. Judge Pappert, turned a blind eye acting partial. The Defendants never responded to the allegations of conspiracy to terminate his (90) day follow-up treatment for Jan. 19, 2022. That's because, "Defendants" did not think, that Dr. Berney's (Stolen letter to Baez) would never be revealed or expose to anyone, especially not to Baez. For Five & a half years, Defendants lied, deceived, deceptive, commit perjury, knowing for (5½) YEARS, THAT BAEZ DID IN FACT SERIOUSLY NEEDED HIS PRESCRIBED/RECOMMENDED LUPUS TREATMENT, EVEN DR. BERNEY CONFIRM BAEZ'S CLAIMS, IN HIS STOLEN LETTER TO BAEZ. Judge Pappert, condoned lies; 1) Dr. Berney never request to see you Mr. Baez on the date you list; 2) Dr. Berney never request to see you Mr. Baez, for Jan. 19, 2022; 3) Mr. Bbaez, you refused that appointment for Jan. 19, 2022; 4) There is no appointment for Jan. 19, 2022; 5.) Other contradicting responses by all the Defendants. Judge Pappert; denied a fair, impartial & Legal proceeding, due to Judge Pappert's bias & discrimination stating: "NOTING HE IS ON DEATH ROW". See, (Dkt-1828 @ pg-1). This evil tactic was to simply prejudice the minds & passions of this Gracious Court Justices", against Baez. Judge Pappert's remarks, were uncalled for, the sole purpose to sabotage Appellant's Constitutional Rights, when Pappert knew that the Defendants (STOLEN DR. BERNEY'S LETTER ON JAN. 17, 2022, (2) DAYS PRIOR TO BAEZ'S (90) DAYS JAN. 19, 2022 APPOINTMENT). Judge Pappert's Partiality & Bias never once mentioned "how Defendants obtained Dr. Berney's Letter Addressed to Mr. Baez, his patient". After stealing Dr. Berney's letter from Baez, Defendants concealed, hid, sealed, locked it in their own personal medical records on Jan. 17, 2022, and told Baez, for five and a half years. Not Until Oct. 23, 2025". Baez was abused, taken advantage of, due to the lack of an attorney to "Protect Baez's fundamental rights". Appellant, has established causation, deliberate indifference, ADA Violation, Conspiracy to Violate Baez's First Amendment Rights, Cruel & Unusual Punishment, Due Process of Law, Equal Protection of Law, Thief by unlawful taking of Stealing Dr. Berney's letter to Baez, Retaliation, Freedom of Speech, Expressions, Associations, Americans With Disabilities Acts, Deprivation of a right §241 & §242. Judge Pappert, Granting Summary Judgment, is a clear miscarriage of justice. Appellant Argues, that Judge Pappert's repetitive bias & partialities, never considered Baez's FAC, as a "Verified Complaint As An Affidavit". Clearly squarely contradicting, Judge Pappert's and the

Defendants' story, not facts, concerning retaliation, deliberate indifference, Americans with Disabilities Act, Intentional Infliction of Emotional Distress, Cruel & Unusual Punishment. Judge Pappert's statements that; "Appellant's Verified Affidavit Complaint, is Unsupported Allegations" of retaliation, First, Eighth, Fourteenth Amendments rights, ADA, Due Process of Law, Equal Protection of Law, amounts to a Judgment of Credibility of the Appellant's Factual Allegations. However, Pappert, may not make any determinations or otherwise resolve dispute factual issues on a motion for summary judgment. Jenkins V. Winter, 540 F.3d 742, 750 (8th cir. 2008); Washington V Haupert, 481 F.3d 543, 550 (7th Cir. 2007). Pappert must review the records, by drawing all inferences in a light most favorable to the party opposing (Baez), the motion". Matsushita Elec. Indus. Co. V Zenith Radio Corp., 475 U.S. 574, 587 (1986)(Citing U.S. V Diebold, 369 U.S. 564 (1962). In short, Summary judgment, will only be Granted Unless a fair minded jury could return a verdict in favor of the ["Non-Moving Party"] on the evidence presented by Mr. Baez". Anderson V Liberty Lobby, Inc., 477 U.S. 242, 248, 106 S.Ct. 2505 (1986). The disputed facts alleged by the Appellant "are clearly materials". Mr. Baez's ["A"]ffidavit alone "portrays" a completely needless use of retaliatory against an inmate. The truth of the matter is, "that it should have never taken any medical Defendants over seventeen and a half months long agonizing, excruciating, torturous months, to find or secure a new rheumatology lupus medical center, in the state of pennsylvania". See, (Dkt-157-7, @ pg-17, 18, stating; "at no time did I prevent or order that Baez not see a rheumatologist. There was no appointment scheduled for Baez, to see a rheumatologist in Jan. 2022". Then Defendant Letizio, states; "All of my treatment was based on what was medically necessary for his condition". See, Defendants' Exhibit @ Dkt-DOC000313, dated June 6, 2022. It's a DC-560 Mental Health Contact Note Form, this contact is n response to a DC-97 form. Mrs. Fernadez (Psych), 1-3 pgs, where She writes; "And feels he (Baez) will die of lupus, if he is not seen by rheumatology every (90) days. And threatening to go on a Hunger Strike, if Mr. Baez, does not receive his (90) day lupus treatment".

WHEREFORE: Appellant, Orlando Baez, respectfully prays & requests; Reversal of Summary Judgment; Third Circuit Appoint Independent Counsel; Reimbursement Filing Fees/All Expenses; In-Person Evidentiary Hearing to compare missing 17½ medical termination records; Jury Trial in 45 days; Reserve all rights.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Orlando Baez,
Appellant,

Case No#. 26-2526

Vs.

CIVIL ACTION

Anthony Michael Letizio, MD;
Stephen Kaminsky, PA;
Brittany Huner, CHCA;
Monica Savage, RNS;
John & Jane Doe(s) et al;
In Similarly Situated;
Appellees.

District Court
Case No#. 23-1827

CERTIFICATE OF SERVICE

AND NOW COME: Appellant, Orlando Baez, (ID# CB-3721); Pro se Litigant; hereby certify that, I am on this day serving a true and correct copy, of the foregoing documents "Argument In Support/Appendix Exhibits", to the parties listed below, in the manner, indicated below via U.S. Postal First Class Mail Services.

1.) Office of the Clerk
United States Court of Appeals
For The Third Circuit
21400 U.S. Courthouse
601 Market Street
Phla, PA. 19106

2.) Alexander R. Ferrante, Esq;

3.) Mr. Anthony T. Kovalchick, Esq;

Appellant/Plaintiff/Pro se Litigant
Mr. Orlando Baez, ID# CB/3721
SCI. SOMERSET PRISON
1590 WALTERS MILL ROAD
Somerset, PA. 15510

Date: 7/27, 2026

cc

# V E R I F I C A T I O N

I, have read the foregoing Document, and hereby verify that the matters alleged therein are true, except as to those matters alleged on information, and belief, and as to those I believe to be true. I certify under the penalty of perjury, that the foregoing is true and correct pursuant to 28 U.S.C. §1746 and 18 Pa. C.S.A. §4904, Pa.R.C.P.

Datell 7/27, 2026

Appellant/Pro se/Litigant
Mr. Orlando Baez, ID# CB/3721
SCI. SOMERSET PRISON
1590 WALTERS MILL ROAD
SOMERSET, PA. 15510

cc

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Orlando Baez,
Appellant,

Case No#. 26-2526

Vs.

CIVIL ACTION

Anthony Michael Letizio, MD;
Stephen Kaminsky, PA;
Brittany Huner, CHCA;
Monica Savage, RNS;
John & Jane Doe(s) et al;
In Similarly Situated;
Appellees.

District Court
Case No#. 23-1827

**APPENDIX AND EXHIBITS**

**Exhibit(s):**


1.) ........................................................Affidavit Stephen Rex Edmiston (ID# BC-7895)

2.) ........................................................Affidavit Herbert Blakeney (ID# FB-5713)

3.) ........................................................Temple Hospt. Rheumatology Medical Report Oct. 19, 2021

4.) ........................................................Affidavit Juanita B. Rodriguez June 24, 2022 (BAEZ - P.O.A.)

5.) ........................................................Affidavit Juanita B. Rodriguez August 15, 2022 (Baez - P.O.A)

6.) ........................................................Appellant Baez's Letter To Dr. Berney, Sept. 2, 2022

7.) ........................................................Appellant Baez's Letter To Dr. Berney, Dec. 26, 2022

8.) ........................................................Appellant Baez's Letter To Dr. Berney, Oct. 23, 2025

9.) ........................................................Dr. Steven Berney's Letter To Orlando Baez, **STOLEN BY D.O.C. & Medical Defendants on Jan. 17th, of 2022/Hidden by Defs.**

10.) ........................................................APPENDIX OF EXHIBIT(S) TO Dkt-169, 170, 171, 172, 173, **GRIEVANCE(S) IN CONTRADICTION TO DEFENDANTS'S RESPONSE(S)**

4#

AFFIDAVIT/DECLARATION OF STEPHEN EDMISTON REGARDING
AN INCIDENT COMMITTED AGAINST ORLANDO BAEZ
PURSUANT TO 28 U.S.C. §1746 AND 18 Pa. C.S. §4904

I, Mr. Stephen Edmiston, pursuant to 28 U.S.C. §1746 and 18 Pa. C.S. §4904, swear affirm, deposes that the following is true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury.

1.) My name is Stephen Edmiston, I am over the age of 18, and of my own free will, providing this Affidavit to Mr. Baez, because of the abusive actions I witnessed by Officials against Mr. Baez.

2.) I am housed at SCI Phoenix Prison, 1200 Mokychic Drive, Collegeville, PA. 19426, on P-A-1010 Cell.

3.) On or about Dec. 28, 2021, at or around 1:30pm. I, Mr. Stephen Edmiston, ("ID# BC-7886), was asked by Sgt. Bergus, to act as inmate Baez's Wheelchair Pusher, to the Medical Triage Room, and were escorted by a LT. Martin and Sgt. Bergus. Upon our arrival at the Infirmary, a male nurse name (Roc), informed Baez that he was ordered to confiscate Baez's knee brace, knee sleeve and wheelchair. When Baez asked why. The nurse told him, it was an ORDER directly from the Medical Director Letizio, placed the order Mr. Baez. Baez then said, Dr. Letizio is confiscating my items in retaliation for the grievance I filed against him a few days ago. Baez also said to the nurse, so how am I going to get back to my Housing Unit (P-Block), if you take my wheelchair. Because, I am not going to be force to walk back there, you will have to carry me, drag me there or wheel me there and take the chair when you return to the infirmary, but I am not being forced to walk it's too far for me. When Baez requested from nurse Roc for a copy of the Medical Director Letizio's Order to confiscate his medical items. Nurse Roc picked up the phone and call someone. A few moments later, the Medical Director Letizio enters the infirmary extremely up-set and angry at Baez for complaining. Baez asked Dr. Letizio, why are you taking my medical items, knowing that I need them for my chronic conditions. Dr. Letizio then stated to Baez: "Mr. Baez you don't need the knee brace, knee sleeve and/or the wheelchair. Mr. Baez, I have had knee problems all my life and I never needed to wear a brace or sleeve". Baez then said, I don't care about your medical problems and your knee problems is not my problems. And I need them for my knee problems, pain and severe nerve damages. And if you take away my wheelchair, then you're deliberately denying me access to my medications (3) times a day, and (7) days a week. Access to medical sick call consults, outside medical trips, and I'm not going to be force to walk in retaliation". The Medical Director then said to Baez, I am going to permit you to use the wheelchair for long-distance and medical trips or whenever you need to leave the housing unit. Dr. Letizio then said to Baez, "I have all these people here as my witnesses". Inmate Baez, then replied to Dr. Letizio's comment: "I don'tcare about your witnesses, then I might have to sued them too, along with your name for confiscating my medical items in retaliation, over the grievance I filed against You and PA. Kaminsky". Dr. Letizio then said to Baez; "I don't care if you sued me go ahead, I been sued so many times, one more is not going to kill me". Baez then said, Then I'll see you and your witnesses in court soon. And I was able to take Baez back to (P-Block Unit) in his wheelchair.

4.) I am willing to testify concerning this matter before any Court of Law or Tribunal, because the abuse committed against Mr. Baez, was cruel and unusual punishment.

I, declare under oath that all stated above this matter is true and correct to the best of my knowledge, as I heard and witnessed at that time.

I respectfully submit this on Dec. 29, 2021

Stephen R Edmiston

Stephen Edmiston, ID# BC-7886
SCI Phoenix Prison
1200 Mokychic Drive
Collegeville, PA. 19426

AFFIDAVIT/DECLARATION OF HERBERT BLAKENEY REGARDING
AN INCIDENT COMMITTED AGAINST ORLANDO BAEZ
PURSUANT TO 28 U.S.C. §1746 AND 18 Pa. C.S. §4904

I, Mr. Herbert Blakeney, pursuant to 28 U.S.C. §1746 and 18 Pa. C.S. §4904, swear affirm, deposes that the following is true and correct to the best of my personal knowledge, information and belief, subject to the penalty of perjury.

1.) My name is Herbert Blakeney, I am over the age of 18, and of my own free will, providing this Affidavit to Mr. Baez, because of the abusive actions I witnessed by Officials against Mr. Baez.

2.) I am housed at SCI Phoenix Prison, 1200 Mokychic Drive, Collegeville, PA. 19426, on P-A-1008 Cell.

3.) On or about Jan 4, 2022, at or around 12:20 pm, I, Mr. Herbert Blakeney, ("ID# FB-5713), was asked to pick inmate Baez, at the infirmary triage. Upon my arrival, I clearly see and hear that inmate Baez was extremely up-set, that he was being deliberately denied his medical trip. Denied his right to take his wheelchair with him on his medical trip, forced to walk then he arrives at Temple Hospital, and refusing to transport Baez in a wheelchair van, instead of a Mini Van. I also heard inmate Baez, asked the male nurse (ED), "If he could please pull-up his Medical Wheelchair Van Transportation Order on the computer and in his files. Baez also said to the nurse, that, the guards who were suppose to transport him to his Medical Trip, were saying, that I have no wheelchair van transportation order". The nurse then said to Baez; "Mr. Baez, you don't have an order for wheelchair van transportation in your files anymore. It was stripped from you on Dec. 28, 2021, by the Medical Director Letizio, when he stripped you of your knee brace and knee sleeve Mr. Baez. And Dr. Letizio is also planning to strip you of your wheelchair real soon. He was the one who order you to leave your wheelchair behind and walk when you get there". Baez, then said to the nurse; "Dr. Letizio never discussed, mentioned, stated and/or talked to me about stripping me of my Wheelchair Van Transportation Order on Dec. 28, 2021, but only the knee brace and knee sleeve. He did this in retaliation because of the grievance I filed against him. And he did that behind my back, without my damn knowledge, and never once mentioned it to me thereafter. He then deliberately denied me today of my medical trip, and tried to force me to walk, ordered the guards to leave my wheelchair behind, and forced to transport me in a Mini Van in retaliation". I was then ordered to bring Baez back to our housing (P-Blk), in his wheelchair.

4.) I am willing to testify concerning this matter before any Court of Law or Tribunal, because the abuse committed against Mr. Baez, was cruel and unusual punishment.

I, declare under oath that all stated above this matter is true and correct to the best of my knowledge, as I heard and witnessed at that time.

I respectfully submit this on Jan. 5, 2022

Herbert Blakeney

Herbert Blakeney, ID# FB-5713
SCI Phoenix Prison
1200 Mokychic Drive
Collegeville, PA. 19426

# Baez, Orlando

MRN: 3051096

**Office Visit** 10/19/2021
Rheumatology Temple Hospital

Provider: Steven Berney, MD (Rheumatology)
Primary diagnosis: Systemic lupus erythematosus, unspecified SLE type, unspecified organ involvement status
Reason for Visit: Lupus; Referred by Stephen David Wiener, MD

## Progress Notes

Steven Berney, MD (Physician) • Rheumatology

**Temple University Hospital**
**3401 N Broad Street**
**Philadelphia, PA 19140**

This service was provided by a Temple University Hospital Outpatient Practice

Subjective:

**Patient ID:** Orlando Baez is a 60 y.o. male, with a Dx of SLE, complicated by pulmonary nodules, arthritis, chest pain and accompanied by Sjogren's syndrome, resulting in very dry mucosa. Has also HX of multiple rib fractures, leading to a Dx of osteoporosis and has been on Forteo x 2 + years. Now switched to Prolia, calcium and D. Also, on varying doses of prednisone (recently increased because of rash on hands, leg swelling, generalized pain, fatigue and insomnia, methotrexate, 25 mgs subcutaneous weekly and folate. Apparently Plaquenil stopped by eye at Wills. Celebrex apparently D/C'd because it was ineffective. How about another NSAID? Still on gabapentin, 600 mgs tid.

No known renal disease, but needs labs!!

Also, on Restasis and pilocarpine, bid, but complains causes night time sweats and palpitations. Should take pilocarpine 30 minutes before a meal, not at HS.

Denies Sx's of methotrexate toxicity.

Had Covid-19 infection.

Strong FHx of SLE. Grandfather and niece.

Chest CT reveals pulmonary nodules and needs repeat.

Needs DEXA.

ANA, 1:640 and anti-Ro/La positive.

**Subjective**

HPI

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

**ROS**

Review of Systems
Cardiovascular: Positive for chest pain, palpitations and leg swelling.
Skin:
Sweats, from pilocarpine.
Neurological: Positive for numbness.
Pain radiating down left leg.
All other systems reviewed and are negative.

Objective:

BP 138/82 (BP Location: Left arm, Patient Position: Sitting) | Pulse 73 | Temp 96.5 °F (35.8 °C) (Temporal) | Ht 5' 7.5" (1.715 m) | Wt 179 lb (81.2 kg) | SpO2 99% | BMI 27.62 kg/m²

**Objective**

Physical Exam
Vitals (Using a wheel chair, because he is in prison and in shackles. Three guards accompanied him. ) reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: He is normal weight. He is not ill-appearing or toxic-appearing.
Comments: Very gregarious.
HENT:
Head: Normocephalic.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
Effort: Pulmonary effort is normal.
Breath sounds: Normal breath sounds.
Musculoskeletal:
General: Signs of injury present. No swelling, tenderness or deformity.
Cervical back: Neck supple.
Comments: Missing 2nd distal finger.
Skin:
Findings: Rash present.
Comments: On right palm.
Neurological:
Mental Status: He is alert.

Assessment:

**Assessment**

Systemic lupus erythematosus. On prednisone and to continue. Might add Imuran if labs indicate disease activity. Labs ordered.

Sjogren's. On Restasis, pilocarpine and local care. To change pilocarpine to AC, bid.

Osteoporosis. On Prolia, Ca and D. Needs D levels and DEXA

Lung nodules. Repeat high resolution CT and see pulmonary.

Left leg paresthesia. To neuro.

Chronic pain syndrome and insomnia. Continue gabapentin. Add Elavil, 25 HS, understanding it will make dryness worse. Watch for urinary retention.

Plan:

**Plan**

Return to lupus clinic, 3 months. (Dr. Tsaukas).

## Instructions

Return in about 3 months (around 1/19/2022) for in-person office visit

Orders Summary Report (Printed 10/19/2021), After Visit Summary (Printed 10/19/2021)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/82 (BP Location: Left arm, Patient Position: Sitting) Pulse 73<br>Temp 96.5 °F (35.8 °C) (Temporal) Ht 5' 7.5" (1.715 m) Wt 179 lb (81.2 kg) SpO2 99%<br>BMI 27.62 kg/m² BSA 1.97 m² Pain Sc 8 (Loc Generalized) |
| Flowsheets: | Custom Formula Data, Vitals, IBW/VT |
| Encounter Info: | Detailed Report, Billing Info, Allergies, Questionnaire, History, Meds Reordered, PDMP Audit Trail |

## Orders Placed

C-reactive protein
COMPLEMENT COMP C3 + C4
Complete Blood Count w/Differential
Comprehensive metabolic panel
Sedimentation rate, automated
Urinalysis
Vitamin D 25 Hydroxy

This product is for use with Priority Mail®.

PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

UNITED STATES POSTAL SERVICE®

1004

33733

U.S. POSTAGE PAID
PM
LANCASTER, PA
17603
JUL 18, 22
AMOUNT
$8.95
R2305M145859-2

VISIT Label

For International shipments, the maximum weight is 4 lbs.

EP14H August 2020 Outer Dimension: 10 x 5

3783568 pg 3 of 6 for ORLANDO BAEZ

Date: 6/24/2022

Name: Orlando Baez CB3721

1200 Mokychic Rd. Collegeville , PA

610-409-7890

Orlando Baez called and requested me to call temple Hospital to find out if the Lupus Center had terminated his care or D.O.C I Juanita Rodriguez on 6/24/22 @ 3:30pm called Temple University Hospital Address : 3101 N Broad street Phila, PA 19140 1800-836-7536 when the operator answered I asked her to give me the direct number, I then called 215-707-4000 Mr. Shawn answered the call at 3:45pm I asked him if he can answer some questions regarding Orland Baez he stated he can answer to the best of his ability.

1. Is Mr. Baez a patient at the Lupus Center ?
2. Did your office terminate his treatment and care due to Mr. Baez being a chronic patient and cannot be denied treatment.
3. What is your last name Shawn ? He stated he cannot provide me with any medical record information, He then stated he would send out an email to the Lupus Center and have them contact me as soon as possible.

Shawn then asked for my name and information , he also asked if I was Mr.Baez POA and I stated "YES" he said someone will return my call .

6/28/2022 @ 10:00am I called left a voicemail since no one answered and a voicemail was all I can leave.

6/30/2022 @ 11:00am called left a voice asking for someone to call me back.

7/5/2022 @ 8:30am Called again left another message asking for someone to call me back.

7/6/2022 @ 8:45am Called left another message

I never received a call from anyone so I called the main number of the hospital explained that I was only getting a voicemail from the number I was provided 215-707-4000 I asked if they can give me a number that I can actually get through to someone and they gave me 215-707-4600 @ 2:30pm I called the new number provided and Mr. Daniel answered the phone I explained that I have been waiting for days for someone to return my call regarding the questions I had and I was unable to get to anyone and left multiple voicemails. Mr. Daniel replied and said that the number I was calling was only a voicemail answering service and that now I have the correct number. I started to explain to Mr.Daniel that I was seeking some information regarding my Brothers care. Daniel asked me for Mr. Baez information and then asked what was my relation to Mr. Baez I stated I am his sister and also his POA. It took Mr. Daniel a pretty long time to find Mr. Baez medical record. I asked Mr. Daniel if Mr. Baez was still a patient at the clinic ? he replied and said that he can see that the last time Mr.

Baez was seen at their office was October 19th 2021 that Mr. Baez has not returned for another visit. So I asked Mr. Daniel if the office terminated his visits ? He stated that Mr. Baez is still on their files and records , he stated that he couldn't find any request for new visits, he also said- sometimes patients cancel or don't show up or miss their appointments. He also stated he sees that my brother is a prisoner that sometimes the prison brings the inmate and sometimes they don't show up. The office can only provide medical care when the patient shows up. I asked him if Mr.Baez visits where terminated and if he was aware that Mr. Baez suffers from Chronic Lupus disorder. I also stated that it was against the law to deny medical care for Mr. Baez and if he understood that denying care for a client with Lupus is like killing the patient since Lupus has no cure only treatment, I explained that my aunt died from Lupus and I currently have a daughter that suffers from Lupus. He stated Mr. Baez is still on their medical records, I thanked Mr. Daniel and advised him that he was a good help.

Juanita Rodriguez

203 Finch Court

Lancaster PA 17603

71984-8416
717-

Date: 8/15/22
Time: 301 PM.
Temple Lupus Center
3401 N. Broad St
Phila, PA 19140
Supervisor: Kyle Williams.
Tele: 215-707-3376
Ref: Orlando Baez CB3721.

To Whom it may concern:
MR Kyle Williams. supervisor from Temple Lupus center returned my calls, Juanita Jenny Rodriguez.
I requested him to please answer some questions concerning Orlando Baez medical treatment & care.
Q#1. Could you clarify who terminated Orlando Baez care @ Temple Lupus center, was it the clinic or who?
A: MR Kyle Williams and I quote as he looking @ MR Baez medical records, he still a patient there. Temple Lupus center didnt terminated him as a patient or his care.
That the Prison is responsible for making all the follow up appt, and bring the Prisoner to all their appts & care for treatments.
The Doctor makes the recommendation and the order that Orlando Baez was to return with 3 months from last visit i 10/19/21.
MR Kyle Williams again repeated that Temple Lupus center Has not terminated MR BAEZ medical treat

J Rodriguez

To: Temple University Hospital
(Rheumatology Lupus Center Office)
Attention: Dr. Steven Berney, MD
3401 North Broad Street.
Phila, PA. 19140

Mr. Orlando Baez, ID# CB-3721
SCI Phoenix Prison
1200 Mokychic Drive
Collegeville, PA. 19426

**Re: MRN 3051096 PATIENT MR. ORLANDO BAEZ, ID# CB-3721**

Dear: Dr. Berney, MD;

My name is; Mr. Orlando Baez, prisoner's ID# CB-3721; I am a prisoner at the State Correctional Facility at SCI Phoenix Prison, located at 1200 Mokychic Drive, Collegeville, Pa. 19426.

My reason(s) for writing this legal document, is to place your office on actual notice of the following legal matter(s), and Constitutional Violation of my Rights as a Patient, at Your Facility and Center for Treatment in regards to my Severe Chronic Illnesses, Diseases, Syndromes and Symptoms, etc.

Since the Department of Corrections ***refuses to provide information in regards to the delays and/or deprivation of my treatment at Your Lupus Center,*** I am now today requesting answers to my questions, and I hope Your Facility provides truthful and honest, but straight forward answers to my questions, and if Your Facility ***attempts to evade any question***, (I will accept that as an act of deception and deceiving).

On or about Oct. 19, 2021, I was seen at Your Facility and treated for my Lupus and multiple of other(s) severe and agonizing chronic conditions, which have yet to be treated by Your Facility and or anywhere else , to be honest here. And since I have a strong feeling that the D.O.C. is maliciouctly lying and deceiving Me and My Family Members, of the truth.

So, You must provide the answers which I and my family seeks, and are entitled to in regards to the lack of my lupus treatment, going on an entire year now. ***I have not received any treatment at all since my LAST VISIT ON OCT. 19, 2021***. And I have the right to "know why not and what is going on, ***between Your Facility and the DOC***".

Someone is deliberately denying me treatment at Your Facility, either Your Facility Terminated my treatment and/or it was the Department of Corrections, and I want to know ***WHY ?***

Who authorized the ***TERMINATION OF MY TREATMENT AT TEMPLE HOSPITAL LUPUS CENTER ?***

I also want to Know, ***When was my treatment terminated at Your Facility, the date and time Your Facility Terminated my Treatment ?***

Did the D.O.C. ***Terminated My Treatment at Your Facility, and what were the D.O.C.'s reason(s) for the Termination of my treatment at Your Facility ?***

When did the D.O.C. ***Terminated Their Contract With You & Your Facility, and what were the D.O.C. Reasons*** ?

Did the D.O.C. ***Contacted You Personally and/or the Facility to inform Your Office that the D.O.C. will no longer need You/your Facility Services*** ?

My sister Mrs. Juanita Baez Rodriguez, at 203 Finch Court, Lancaster County, PA. 17603, (717) 984-8416, has ***Contacted You and Your Facility on Numerous Occasions***, in regards to all of the above legal matters, and the deprivation of treatment, as well as for the violations of my U.S. Constitutional Rights to treatment at Your Facility, without feeling/being discriminated against, due to my criminal status, etc.

I need ***PROOF*** from You and Your Facility, in ***WRITING***, that You nor Your Facility ***TERMINATED MY TREATMENT AFTER OCT. 19, 2021. And I respectfully hope that You and Your Facility provide the answers to my questions and rights to know act. I did nothing wrong for You nor Your Facility to terminate my treatment at Temple Lupus Center.***

I Thank You Dr. Berney or Whom it may concern, for Your Patience, time and Understanding, to all the above serious legal matters. I also hope that I receive what I am ***ENTITLED TO TRUTHFUL INFORMATION AND ANSWER. PLEASE CONSIDER THIS LETTER AS IMPORTANCE SITUATION , FOR I DO NOT WISH TO CONTACT MY LAWYERS NOR TAKE LEGAL ACTIONS. I JUST WANT TO KNOW THE TRUTH, I AM THE PATIENT AND ENTITLED TO KNOW EVERYTHING ABOUT MY TREATMENT AT YOUR FACILITY.*** If I do not hear from You or Your Facility soon, or not at all. I will then accept Your Silence as a disregards to Your Patient's rights and health, etc.

***Date: 9/2/22***

***Rspectfully Yours Truly;*** [signature]

To: Mr. Steven Berney, MD;
Temple University Hospital
Rheumatology Lupus Center
3401 N. Board Street.
Phila, PA. 19140

Mr. Orlando Baez,. ID# CB/3721
SCI. PHOENIX PRISON
1200 Mokychic Drive.
Collegeville, PA. 19426

Re: Respectfully Requesting An Response To My First Letter To You Dated Oct. 7, 2022

Dear; Dr. Stephen Berney,

My name is, Mr. Orlando Baez, I am a prisoner at SCI Phoenix Prison, located at 1200 Mokychic Drive, Collegeville, PA. 19426, and I was also a Patient at your facility until on or about Oct. 19, 2021, which was my last appointment with you sir, until <u>someone</u> from Your Facility and/or the Department of Corrections, unlawfully terminated my treatment.

On or about Oct. 7th, of 2022, I personally wrote to you in regards to the above "Termination of my Treatment" at Temple Hospital Lupus Center, and my letter to you went unanswered by You sir, even though I sent my letter to You by Certificate of Service, and signed and received at your facility.

I am respectfully requesting answers to my letter sir, and I wish to know "who terminated my treatment" at Your facility. Was it You, Temple Hospital and/or the Department of Corrections who terminated my treatment. It's a simple answer, which won't take much of your time sir but a few seconds on a piece of paper.

You had contact with my sister Juanita Rodriguez, in regards to this matter, however, You failed to send her a letter directly from you, stating in your letter, that You did not terminate my treatment at Temple, and you had nothing to do with the termination of my treatment at your facility, and that it was the Department of Corrections.

Please be strongly advised, that, the Department of Corrections are pointing their fingers at You and Temple Hospital, as well as for WellPath, Inc., and Dr. Anthony Letizio, MD. If you don't believe me, I would be glad to *send* you personally a "copy of the department of corrections response to my complaints".

Do you ignore your patients in the same manner that you have ignored me, these last few months, or is it because I am a prisoner and you only ignore prisoners, this is a discrimination and demonstration of bias towards me personally. I treated You and Your facility with all due respect, from my first visit to my last visit, and I done nothing to deserve this type of silence/or treatment of abuse, from you nor temple hospital. I do have a constitutional right by law, to "know" who terminated my treatment at temple.

Dr. Berney, I do not want to take "legal actions" against You nor your facility for wrongful termination, discrimination, racism, neglience, malpractice, deliberate indifference to multiple serious chronic medical conditions, etc. I do not want to drag you good name in the mud, all I want is the truth sir.

I have not received any medical treatment for my lupus since my **last visit with You on Oct. 19, 2021**, and my health has worsened by the second, all the while the Department of Corrections, continus to "place the blame on You and Temple Hospital". Now, I been extremely patience with You and your facility, waiting for an answer to my first certified letter to you Dr. Berney, and also gvien you more than enoguh time to write a few words on a piece of paper, and mail it to me certified mail, so I have to signfor it, in order to receive your letter.

Please take this last notice at heart sir, my battle is not with you at this moment, unless you and/or your facility terminated my treatment, then we have a problem. And just maybe this is why you refuse to respond to my first letter dated Oct. 7, 2022. Now; if for any reason at all whatsoever, I do not receive a response to this second letter within the next (30) days from the date of this legal document.

I will proceed with legal actions under Ss1983 Civil Action, against Your person and Temple Hospital as soon as possible, and will contact the ACLU and the NAACP Office for discrimination/wrongful termination, and attempted

murder charges, for this is what happens to lupus patience when no treatment is provided to a patient with Lupus. All I want is the truth. DID THE DEPARTMENT OF CORRECTIONS TERMINATED MY TREATMENT AT YOUR FACILITY OR WAS IT TEMPLE/YOU ?

Please keep in mind that, I am only going to wait (30) days from the date of this letter, to take legal actions against You and Temple, I hope you answer my letter immediately, because (30) days goes by quickly sir.

Thank you for your time, patience and understanding, to this serious legal matters stated above. I shall wait until Jan. 26, 2023, to take actions.

Date; 12/26/22

Respectfully Submitted: [signature]

cc
aclu
naacp
civ.atty.
court copy

Smart Communications/PA/DOC
Mr. Orlando Baez, ID# CB-3721
SCI. Somerset Prison
P. O. BOX 33028#
St. Petersburg, FLA. 33733

To: Mr. Steven Berney, M.D.
Emeritus Professor of Medicine
Temple University Health System
Section of Rheumatology
3401 N. Broad Street, 4th floor. (Zone-B)
Phila, PA. 19140
215-707-4600

**Re: Respectfully Responding To Your Letter**

Dear; Mr. Berney, MD;

My name is, Orlando Baez, (ID# CB-3721), I am a prisoner at the State Correctional Institution at S.C.I. Somerset Prison, located at SCI. Somerset Prison, 1590 Walters Mill Road., Somerset, PA. 15510. I was deliberately transferred from SCI Phoenix Prison to SCI Somerset Prison, in retaliation on Jan. 9, 2025, as a direct results for a civil action lawsuit against Dr. Anthony Michael Letizio Medical Director; Stephen Kaminsky, Physician Assistant; Correctional Health Care Administrator Brittany Huner; Monique Savage, Registered Nurse Supervisor; for the following reasons and constitutional violations;

1.) Deliberate Indifference to my serious medical needs; 2.) Conspiracy to retaliate against me for exercising my First Amendment rights; 3.) Americans With Disabilities Acts Violations;

4.) Due Process of Law Violations;

5.) Conspiracy to denied me access to my "Once Prescribed & Recommended Lupus Treatment, at Your facility & Care, for non-medical reasons, other than to retaliate against me;

6.) Fourteenth Amendment Rights Violations, for cruel & unusual Punishments, for non-penological interests, reasons or justifications racy to [**"Secretly Terminate My Prescribed and Recommended Lupus Treatment"], for invoking my United States Constitutionally Protected Conduct, Rights, Activities, Freedom of Speech, of Expressions, of Association;**

**8.) Attempted Murder, in retaliation for filing this civil action against them collectively, etc.**

Please take note; The Civil Action filed against the above parties defendants, were ORDERED by a court judge, to "turn-over" medical and legal documentations discovery materials in relations to my claims, allegations I filed against the parties above. On Oct. 21, 2025, I **received** thousands of medical and legal documentations, from the Attorney's General Officer defending the CHCA Huner and RNS Savage. And in those thousands of materials, I ran across a legal letter from [You]., I'm not sure the date of your letter, but, it was in relations to my letter to you, about my last visit at Temple on Oct. 19, 2021.

As you can see, from the copy I have enclosed with this letter, that, someone from Medical Department, intentionally (stole your letter to me), in response to my letter.

I never saw your letter, until Oct. 21, 2025 Medical never told nor informed me that they received or intercepted your letter addressed to me, your patient. I was super shocked that, the above medical defendants resulted in deliberately stealing my letters. Please take notice to the copy of your letter, there is a stamped marking,

stating; "RECEIVED JAN. 17, 2022 MEDICAL RECORDS DEP'T SCI PHOENIX". I honestly "thought" you ignored my letter requesting answers to my terminated lupus treatment plans at Temple Lupus Center.

To this date, I still do not [know] why my lupus treatment was intentionally terminated by the above medical defendants at SCI Phoenix Prison, and Wellpath Holdings Inc., and/or the DOC ?. I apologize for their ignorance and poor characters and unethical professions, as my medical providers, etc.

I am also in need of your help please Mr. Berney. I am in need of several favors from you, and they are as follows;

1.) I respectfully requests for a true and correct (copy) of your medical reports dated Oct. 21, 2021 only;

2.) A copy of Temple University Hospital Lupus Center **"Medical Contract Agreement"** to **provide medical services to prisoners for SCI Phoenix, Wellpath Holdings, Inc, and Your Facility**. I just need to (know) the **"Date(s) when the contract agreement starts and the date for termination"**;

3.) I **also need to** know, **if You would be willing to be [My] Expert Witness at Trial ? ;**

4.) And a copy of a personal letter from You Dr. Berney, proving to the Court and Jury, that the DOC at SCI Phoenix, never **"personally notified You nor Temple, either by phone call conversations, e-mails, messages, faxes notes, letters, that they decided to terminate their contract for lupus treatment for me;**

5.) **And any other information you can provide me, which may assists me in my trial against the above medical and doc defendants,** who terminated effective and great medical services, for my lupus illnesses, etc.

If and/or when you decide to reply to this letter today. Please do not send your letter directly here to SCI Somerset Prison. However; please send your reply or letter to the address listed above at the top of this letter at Smart Communication Facility. Just the way it is listed and typed above. Thank You Dr. Berney, and I am deeply sorry for how these medical people acted and their malicious intent steal your first letter from me and attempted to let me die from the deliberate denial of lupus treatment in a timely manner. They honestly tried to kill me Sir, by terminating my treatment, and then they waited (17½ ) months later, to send me to Einstein Hospital Medical Center for lupus treatment.

I pray to God, that You will respond to my letter today, and I hope to hear from You as soon as possible Please, thank you for your time, patience, and understanding. Waiting on your reply Sir. God Bless You Forever.

Date: 10-23-25

c

CB-3721

**TEMPLE HEALTH**
TEMPLE FACULTY PHYSICIANS

SECTION OF RHEUMATOLOGY

RECEIVED
JAN 17 2022
Medical Records Dept
SCI Phoenix

Orlando Baez
SCI Phoenix Prison
1200 Mokychic Drive
Collegeville, PA 19426

Hi Mr. Baez,

I received your letter and as you stated, I saw and examined you on October 19, 2021. Previously, you were seen by our fellows in the lupus clinic. During your consultation with me, I noted that your lupus was complicated by the presence of pulmonary nodules and Sjögren's syndrome, causing dry mucous membranes. You were being treated with varying doses of prednisone. Plaquenil was stopped because of eye issues. You were complaining of joint pain, fatigue and difficulty with sleep. For dryness, you were on Restasis eye drops and pilocarpine.

Physical exam revealed a rash on your right palm.

Osteoporosis was being treated with Prolia injections.

I suggested the addition of Imuran if lupus symptoms become active, to continue prednisone, Restasis and Prolia, and change pilocarpine to before meals to lessen the night time sweats and palpitations.

I also asked that you return to lupus clinic in 3 months. However, you did not return. I also ordered lupus labs to assess your immunologic status and they were never drawn.

I have reviewed your chart and find no indication that Temple terminated your care here. I have also not terminated your care and ask that you make another appointment with our lupus clinic. I will not be able to see you since I will be away from Temple until mid-April.

I hope you find this information useful.

Sincerely,

Steven Berney, M.D.

Steven Berney, M.D.
Emeritus Professor of Medicine
Temple University Health System

SECTION OF RHEUMATOLOGY
3401 N. Broad Street, 4th Floor, Zone B
Philadelphia, PA 19140
T: 215-707-4600 F: 215-707-3508
TempleHealth.org 800-TEMPLE-MED

Temple Health refers to the health, education and research activities carried out by the affiliates of Temple University Health System (TUHS) and by the Lewis Katz School of Medicine at Temple University. TUHS neither provides nor controls the provision of health care. All health care is provided by its member organizations or independent health care providers affiliated with TUHS member organizations. Each TUHS member organization is owned and operated pursuant to its governing documents.

APPENDIX OF EXHIBIT(S)

Dkt-169, 170, 171, 172, 173

1) Grievance #958206; Appendix Exhibit-(1-Dkt-170) See, Facility Manager's Appeal Response.
2) Grievance #961577; Appendix Exhibit-(3-Dkt-170) See, Def. Huner, Response Facility Response
3) Affidavit; Stephen Rex Edmiston, (ID# BC-7886) See, Appendix Exhibit-(4-Dkt-170), Witness Edmiston Testimony.
4) Grievance #963405; Appendix Exhibit-(5-Dkt-170) See, Def. Savage's response carefully, compare with other reponse.
5) Affidavit; Herbert Blakeney, (ID# FB-5713) Appendix Exhibit-(5-Dkt-170) See, Witness Testimony.
6) Grievance #972661; Appendix Exhibit-(12-Dkt-170) See, Def. Savage's remanded review response, in contradiction.
7) Grievance #974014; Appendix Exhibit-(13-Dkt-170) See, Def. Huner's response, contradict Def. Savage.
8) Grievance #982626; Appendix Exhibit-(19-Dkt-170) See, Savage response, contradicting her last few response & Huner's.
9) Grievance #988227; Appendix Exhibit-(26-Dkt-170) See, Def. Savage's response, in contradictory to herself/and Huner's response.
10) Grievance #988381; Appendix Exhibit-(27-Dkt-170) See, Def. Savage's response, contradicting herself again/Huner too.
11) Grievance #996660; Appendix Exhibit-(39-Dkt-170) See, Def. Savage's response, contradicting herself/Huner.
12) Grievance #997959; Appendix Exhibit-(40-Dkt-170) See, Waidelich response, in contradiction to Savage/Huner/Letizio.
13) Grievance #1000804; Appendix Exhibit-(41-Dkt-170) See, Superint. Terra's careless response in retaliation.
14) Grievance #1002240; Appendix Exhibit-(43-Dkt-170) See, Deputy Sipple's retaliatory response.
15) Grievance #1004372; Appendix Exhibit-(45-Dkt-170) See, Def. Huner's response, in contradiction to Savage, Letizio, Kaminsky.
16) Grievance #1005780; Appendix Exhibit-(47-Dkt-170) See, Orlando response in retaliation for complaining.
17) Grievance #1008818; Appendix Exhibit-(48-Dkt-170) See, Superint. Terra, retaliating against Baez, for lawsuits/complaints.
18) Grievance #1010673; Appendix Exhibit-(50-Dkt-170) See, Retaliatory Response of Caligiuri, for grievances against her, and her abuse conduct.
19) Grievance #1010684; Appendix Exhibit-(51-Dkt-170) See, Retaliatory Rejected Grievance and Medical complaints.
20) Grievance #1016762; Appendix Exhibit-(53-Dkt-170) See, Caligiuri response in retaliation, for grievances/lawsuits.
21) Grievance #1025951; Appendix Exhibit-(56-Dkt-170) See, Def. Huner's response, contradicting Her prior response/Savages, Letizio.
22) Grievance #1035364; Appendix Exhibit-(58-Dkt-170) See, Hensley response in retaliation for grievance against him too.
23) Grievance #1032847; Appendix Exhibit-(59-Dkt-170) See, Hensley retaliatory response for grievances, verbal complaints, lawsuit.
24) Grievance #1060100; Appendix Exhibit-(66-Dkt-170) See, Hensley's response again in retaliation for grievances, verbal complaints, lawsuits.
25) Three Affidavit(s) by Juanita Baez Rodriguez, (Appellant's Sister & Power-of-Attorney); Her personal contact/conversation(s) with Temple Personnel(s), about her brother Appellant's deprivation of his Once Prescribed/recommended follow-up (90) days lupus treatment appointment(s) terminnated by Defendants/DOC in retaliation for engaging in his U.S. Constitutionally Protected Conduct/First Amendment Rights.

From: Mr. Orlando Baez, (ID# CB-3721)
SCI. Somerset Prison
1590 Walters Mill Road
Somerset, PA. 15510

PA Dept of Corrections
INMATE MAIL

GND ADV

US POSTAGE PITNEY BOWES
ZIP 15510 $ 010.20⁰
02 7W
0006042133 JUL 27 2026

RECEIVED
JUL 29 2026

To: Office of the Clerk
United States Court of Appeals
For The Third Circuit
21400 U.S. Courthouse
601 Market Street
Phila, PA. 19106

X-RAY
USMS

Do Not
Tamper

PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE®

For Domestic and International Use

Label 107R, May 2014

UNITED STATES
POSTAL SERVICE®
pitney bowes

USPS TRACKING #

9488 8090 0027 6157 2735 5