United States Court of Appeals

For The Third Circuit

RECEIVED
OCT 19 2026 KP
U.S.C.A. 3rd CIRCUIT

Orlando Baez,
Appellant,

Case No# 26-2526

Vs.

Anthony Michael Letizio, DO;
Stephen Kaminsky, PA;
Brittany Huner, CHCA;
Monica Savage, RNS;
et al;

Appellees.

## PETITION FOR AN EXTENSION FOR TIME TO FILE A PETITION FOR REHEARING FED.R.APP.P. 40

AND NOW: Appellant, Orlando Baez, pro se litigant; respectfully move this Honorable Court, respectfully requesting, for "An Extension For Time To Petition For Rehearing, Set Forth In Fed. R. App. P. 40, 3rd Cir. LAR 35 And 40", for a period of (45) days, from the date of this Petition, and Appellant, Respectfully states the reasons in support thereof;

1.) On or about Oct. 6, 2026, this Honorable Court Panel, entered it's Judgment, to the above captioned matters, pursuant to Fed.R.App.P. 36. **DENYING APPELLANT APPEAL.**

2.) On or about Oct. 13, 2026, Appellant, Mr. Orlando Baez, **received** the above Court's Judgment/ORDER, which clearly states that, Appellant has (14) days to file a petition for rehearing, from the date of the Court's Judgment of Oct. 6, 2026.

3.) Appellant Baez, is a Capital Case prisoner, with limited restricting movement, and also lacks knowledge and education of the laws, and who has a eighth grade education-drop out.

4.) Appellant Baez, is not a litigator nor a jailhouse lawyer, and Mr. Baez, **depends** on other prisoners for their help/knowledge, on how to file an appeal/rehearing, etc.

5.) Appellant Baez, also needs the extra time to obtain all the copies, he will need to provide the court panel, for their review.

6.) Appellant Baez, also needs time for (45) days, in order to give him and his helper, time to seek case laws, exhibits, and make his argument, in regards to missing medical documents which the Appellees falsely claims to have produced via discovery proceedings. Yes; there is (17½ months of missing medical documentations that has yet to be turned over to Appellant), in order to establish and prove his claims, including causation, conspiracy, retaliation, deliberate indifference, first amendment violations, etc.

7.) It is completely impossible for Appellant, to file a petition for rehearing, in the short and limited time required by the Court Rules. And the extension for extra time of (45) days, should be sufficient time, to file his petition.

8.) Appellant Baez, respectfully hope and prays, that this Honorable Court, Grant said requested Extension for time of (45) days, from the (date of this petition for time).

WHEREFORE: Appellant, Orlando Baez, pro se litigant; prays that the Court grant said request. Appellant, appreciate the Court's time, patience and understanding.
God Bless The Court.

Date: Oct. 15, 2026

cc

Respectfully Submitted:

Appellant/Pro se

Mr. Orlando Baez, (ID# CB-3721)

SCI. Somerset Prison
1590 Walters Mill Road
Somerset, PA. 15510

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Orlando Baez, Case No#. 26-2526
Appellant,

Vs.

Anthony Michael Letizio, DO;
et al.

Appellees.

## CERTIFICATE OF SERVICE

I, Orlando Baez, Appellant/Pro se; hereby certify that I have served a true and correct copy of Appellant's Petition For An Extension For Time To File Rehearing Petition", via First Class Regular Mail, on this date, to the following party.

1.) U.S.C.A.
3rd Cir.Crt.
U.S. Courthouse
601 Market Street.
Phila, PA. 19106

2.) Alenxander r. Ferrante, Esq:

3.) Anthony T. Kovalchick, DAG;

Respectfully Submitted:

Appellant/Pro se
Mr. Orlando Baez, ID# CB-3721
SCI. Somerset Prison
1590 Walters Mill Road
Somerset, Pa. 15510

Date; Oct. 15, 2026

cc

JOHNSTOWN PA 159
15 OCT 2026PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 15510 $ 000.78⁰
02 7W
0008042133 OCT 15 2026

SCI- Somerset Prison
Name Mr. Orlando Baez
Number ID# CB-3721
1590 Walters Mill Road
Somerset, PA. 15510

To: United States Court of Appeals
For The Third Circuit
21400 U.S. Courthouse
601 Market Street.
Phila, PA. 19106

X-RAY
USMS

"LEGAL Mail
Do Not Tamper"

RECEIVED
OCT 19 2026
U.S.C.A 3rd CIRCUIT

19106-179099