UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-2526

ORLANDO BAEZ,
Appellant

v.

ANTHONY MICHAEL LETIZIO, DO; STEPHEN KAMINSKY, PA; JANE DOE; JOHN DOE; TODD FAUBERT; SHAWN GOSNER; ANDREW PLUHAR; BRITTANY HUNER, CHCA: CORRECTIONAL HEALTH CAREADMINISTRATOR; MONICA SAVAGE, RNS; REGISTER NURSE SUPERVISOR

(E.D. Pa. No. 2:23-cv-01827)

Present: CHUNG, *Circuit Judge*

1. Motion for Extension of Time to File Petition for Rehearing until/for Forty-Five (45) Days.

Respectfully,
Clerk/kr

ORDER

The foregoing motion for extension is GRANTED. The petition for rehearing is due December 4, 2026.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: November 20, 2026

kr/cc: Orlando Baez
Alexander R. Ferrante, Esq.
Anthony T. Kovalchick, Esq.